Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>IBARRA COATINGS, INC., a California Corporation, and DANIEL IBARRA, JR., an individual,<br><br>        Defendants. | Case No.: C10-5174 SBA<br><br>**PLAINTIFFS' REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; OR TO CONTINUE; ORDER THEREON;**<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:          September 21, 2011<br>Time:         2:30 p.m.<br>Location:    *Via Telephone*<br>Judge:       Hon. Saundra B. Armstrong |

Plaintiffs herein respectfully submit their Case Management Statement, requesting that the Case Management Conference currently on calendar for June 21, 2011 be vacated, or in the alternative, continued for 30-45 days to allow for resolution of Plaintiffs' Motion for Default Judgment, which is set for hearing on September 29, 2011.

1.        Since the Court continued the previous Case Management Conference scheduled for June 9, 2011, Plaintiffs filed their Motion for Default Judgment and supporting documents (Dkt. #20-23).  Said Motion was then referred (Dkt. #24) to Magistrate Judge Maria-Elena James on June 2, 2011 by the Honorable Saundra Brown Armstrong, for a report and recommendation.

2.        Thereafter, upon receipt of notice of a bankruptcy filing by Defendant Daniel Ibarra, Jr., Plaintiffs filed a Notice of Automatic Stay Under 11 U.S.C. § 362 As To Defendant Daniel Ibarra, Jr. Only (Dkt. #26) on June 3, 2011, advising that Daniel Ibarra had filed a Chapter

7 Bankruptcy Petition in the U.S. Bankruptcy Court, Central District of California (Los Angeles) on May 26, 2011, and that Plaintiffs' action would proceed against Defendant Ibarra Coatings, Inc.

3.      Magistrate Judge James' June 14, 2011 Notice of Referral (Dkt. #27) continued the hearing on Plaintiffs' Motion to September 29, 2011, and requires that Plaintiffs file detailed proposed findings of fact and conclusions of law by September 15, 2011 if no Opposition is filed.

4.      Defendant's last day to file an Opposition to Plaintiffs' Motion was September 1, 2011, and no Opposition has been filed.  Therefore, Plaintiffs are preparing their Proposed Findings of Fact and Conclusions of Law in Support of Their Motion For Default Judgment as to the issues specified by Magistrate Judge James.

4.      There are still no issues that need to be addressed by the parties at the currently scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for September 21, 2011, be vacated, or in the alternative be continued for 30-45 days to allow for resolution of  Plaintiffs' Motion for Default Judgment.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 8th day of September 2011, at San Francisco, California.

**SALTZMAN & JOHNSON
LAW CORPORATION**

By:  _____/S/_____
        Michele R. Stafford, Esq.
        Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby vacated and all related dates are vacated accordingly.

Or

The currently set Case Management Conference is hereby continued to 11/16/11 at 3:15 p.m. and all previously set deadlines and dates related to this case are continued accordingly.

1   Date: 9/9/11

2                                        _____
                                         THE HONORABLE SAUNDRA B. ARMSTRONG
3                                        UNITED   STATES   DISTRICT   COURT   JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                                              **-3-**

G:\SBALC2\Keith\Civil\C10-5174 - Ibarra - Stip to Cont.doc

**PROOF OF SERVICE**

I, the undersigned, declare:

    1.    I am a citizen of the United States and am employed in the County of San Francisco, State of California.  My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

    2.    I am over the age of eighteen and not a party to this action.

    3.    On **September 8, 2011**, I served the following document(s):

**PLAINTIFFS' REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; OR TO CONTINUE; [PROPOSED] ORDER THEREON; CASE MANAGEMENT CONFERENCE STATEMENT**

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and First Class mailing following our ordinary business practices.  I am readily familiar with this business' practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

    4.    The envelopes were addressed and mailed as follows:

Ibarra Coatings, Inc., A California Corporation
c/o Agent for Service of Process
Corporation Service Company Which Will Do Business
In California As CSC - Lawyers Incorporating Service
2730 Gateway Oaks Dr Ste 100
Sacramento CA  95833

Daniel Ibarra, Jr., an individual
6426 Crossway Drive
Pico Rivera CA  90660

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **September 8, 2011**, at San Francisco, California.

                                 /S/

                                   Elise Thurman
                                   Paralegal