UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND,<br><br>                    Plaintiff(s),<br><br>    v.<br><br>IBARRA COATINGS INC,<br><br>                    Defendant(s).<br>_____/ | No. C 10-05174 SBA (MEJ)<br><br>**ORDER RE SUPPLEMENTAL BRIEFING** |

Pending before the Court is Plaintiff Bay Area Painters and Tapers Pension Trust Fund's Motion for Default Judgment. Dkt. No. 20. In their Motion, Plaintiffs seek an award of attorneys' fees and costs. In order to enable the Court to assess the reasonableness of the time and tasks billed, the Court **HEREBY ORDERS** Plaintiffs to submit copies of each attorney's and paralegal's time records for review. Plaintiffs shall submit the time records no later than October 28, 2011.

**IT IS SO ORDERED.**

Dated: October 25, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge