UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>IBARRA COATINGS, INC., a California Corporation, and DANIEL IBARRA, JR., an individual,<br><br>    Defendants. | Case No:  C 10-5174 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Accepting Report and Recommendation,

IT IS HEREBY ORDERED THAT final judgment shall be entered in favor of Plaintiffs against Defendant Ibarra Coatings, Inc., in the amount of $24,534.96.

IT IS SO ORDERED.

Dated:  December 2, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge